IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELUL LLC, <br><br> Plaintiff, <br><br> v. <br><br> STACY R. GERMANY, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:25-CV-7200-MHC-CCB |

## ORDER

This matter is before the Court on the January 16, 2026, Final Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 3] recommending that this action be remanded to the Magistrate Court of DeKalb County, Georgia, for lack of subject matter jurisdiction. The Order for Service of the R&R [Doc. 4] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), Defendants were authorized to file objections within fourteen (14) days of the service of that Order. No objections have been filed to the R&R within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in

accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 3] as the Opinion and Order of the Court. It is hereby **ORDERED** that this action is **REMANDED** to the Magistrate Court of DeKalb County, Georgia.

**IT IS SO ORDERED** this 4th day of February, 2026.

_____
MARK H. COHEN
United States District Judge

2